# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **PHILLIP VILELLA** guardian and conservator on behalf of **SAVION RICHARDSON**, a minor, son and next of kin of the deceased, Estelle Richardson and **SAVIYANCE BECK**, a minor, daughter and next of kin of the deceased, Estelle Richardson </br></br>　　Plaintiffs, </br></br>v. </br></br>**CORRECTIONS CORPORATION OF AMERICA**, a Maryland corporation with its principal place of business in Davidson County, Tennessee </br></br>**JOSHUA D. SCHOCKMAN; KEITH ANDRE HENDRICKS; WILLIAM WOOD; JEREMY NEESE and SHIRLEY FOSTER;** individually and as employees of Corrections Corporation of America; and </br></br>**JOHN DOES #5 - #8**, supervisory personnel of Defendant Corrections Corporation of America </br></br>　　Defendants. | </br></br></br></br></br></br></br></br></br></br></br>No. 3:04-0661 </br>Judge Campbell </br>Magistrate Judge Griffin </br>Jury Demand |

## JOINT MOTION TO UNSEAL TRANSCRIPT OF
## HEARING ON MINORS' SETTLEMENT

Defendant Corrections Corporation of America and Plaintiff jointly move the Court to unseal the transcript of the hearing held on the Joint Motion for Approval of Minors' Settlement, a copy of which is being filed herewith under seal. The transcript does not contain terms of the minor settlement and will not violate the order of the Court that the settlement remain confidential.

WHEREFORE, the parties respectfully request that the Court unseal the transcript only.

RESPECTFULLY SUBMITTED:

/s/ Joseph F. Welborn_____  /s/ David Smith by JFW w/permission
Robert J. Walker  David Randolph Smith
Joseph F. Welborn, III  Law Offices of David Randolph Smith
Walker, Bryant, Tipps & Malone  & Edmund J. Schmidt III
2300 One Nashville Place  1913 21st Avenue South
150 Fourth Avenue, North  Nashville, TN 37212
Nashville, TN 37219
(615) 313-6000  *Counsel for Plaintiffs*

*Counsel for Defendant*
*Corrections Corporation of America*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served upon the following persons by electronic means or by First Class Mail on February 22, 2008:

Bart Durham  William McHenry
Robert L. Whitaker  Ven Johnson
Blair Durham  Fieger, Fieger, Kenney & Johnson
Bart Durham Injury & Accident Law Offices  19390 West Ten Mile Road
1712 Parkway Towers  Southfield, MI 48075-2463
404 James Robertson Parkway
Nashville, TN 37219

David Randolph Smith  James F. Sanders
1910 Acklen Avenue  Neal & Harwell
Hillsboro Village  2000 One Nashville Place
Nashville, TN 37212  150 Fourth Avenue, North
 Nashville, TN 37219

/s/ Joseph F. Welborn_____

62091